Eric J. DEPAOLA, Plaintiff–Appellant,

v.

VIRGINIA DEPARTMENT OF COR-
RECTIONS; Harold Clarke; W.P.
Rogers; Mark Engelke; John Gar-
man; George Hinkle; Tracy Ray;
Randall Mathena; Linda Shear;
James Wade; P. Scarberry, Defen-
dants–Appellees.

No. 15–7010.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2015.

Decided: Dec. 17, 2015.

Eric Joseph DePaola, Appellant Pro Se.
John Michael Parsons, Assistant Attorney
General, Richmond, Virginia, for Appel-
lees.

Before MOTZ, KEENAN, and
THACKER, Circuit Judges.

Dismissed in part, affirmed in part by
unpublished PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eric Joseph DePaola seeks to appeal the
district court's order granting Defendants'
motion for summary judgment on his 42
U.S.C. § 1983 (2012) claim alleging that
prison food at Red Onion State Prison

does not conform to the dietary restric-
tions of his religion. He also appeals the
court's order denying his Fed.R.Civ.P.
60(b) motion for reconsideration.

We dismiss DePaola's appeal from the
district court's order granting Defendants'
motion for summary judgment for lack of
jurisdiction because the notice of appeal
was not timely filed. Parties are accorded
30 days after the entry of the district
court's final judgment or order to note an
appeal, Fed. R.App. P. 4(a)(1)(A), unless
the district court extends the appeal peri-
od under Fed. R.App. P. 4(a)(5), or re-
opens the appeal period under Fed. R.App.
P. 4(a)(6). "[T]he timely filing of a notice
of appeal in a civil case is a jurisdictional
requirement." *Bowles v. Russell,* 551 U.S.
205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96
(2007).

The district court's order granting De-
fendants' motion for summary judgment
was entered on the docket on August 12,
2014. The notice of appeal was filed on
June 24, 2015.* Furthermore, DePaola's
Fed.R.Civ.P. 60(b) motion did not toll the
period for him to timely note an appeal
because he filed the motion more than 28
days after the court's order granting sum-
mary judgment. *See* Fed. R.App. P.
4(a)(4)(A). Because DePaola failed to file
a timely notice of appeal or to obtain an
extension or reopening of the appeal peri-
od, we dismiss DePaola's appeal from the
district court's order granting summary
judgment.

With respect to DePaola's appeal from
the district court's order denying his Fed.
R.Civ.P. 60(b) motion, we have reviewed
the record and find no reversible error.
Accordingly, we affirm this order. *See*

---

* For the purpose of this appeal, we assume that
the date appearing on the notice of appeal is
the earliest date it could have been properly
delivered to prison officials for mailing to the

court. Fed. R.App. P. 4(c); *Houston v. Lack,*
487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d
245 (1988).

*DePaola v. Virginia Dep't of Corr.*, No. 7:12–cv–00592–JPJ–RSB, 2015 WL 3767255 (W.D.Va. June 17, 2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART, AFFIRMED IN PART.*